# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mavis A. Wall, | ) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| Joseph A. Vogel, Jr., and Jan R. Vogel Irrevocable Trust; Thomas J. Ingalls; and Matthew E. Ingalls, | ) Case No. 1:18-cv-178 |
| Defendants. | ) |

On July 1, 2019, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Doc No. 39) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until December 1, 2019, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff's expert disclosures shall be due December 1, 2019. Defendant's expert disclosures shall be due January 14, 2020. Reports will be served on other parties, but not filed with the court.

3. The parties shall have until 75 days before trial to complete depositions of expert witnesses.

4. The parties shall have until March 1, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that final pretrial conference set for March 24, 2020, shall be

1

rescheduled for September 21, 2020, at 9:00 a.m. The conference will be conducted via telephone . To participate in the conference, counsel shall call the following number and enter the following access code:

    Tel. No.: (877) 810-9415    Access Code: 8992581

Finally the court **ORDERS** that the jury trial set for April 6, 2020, shall be rescheduled for October 5, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1). A seven (7) day trial is anticipated.

    Dated this 26th day of July , 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court